**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-4671**

---

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

DANIEL LIPTAK,

            Defendant - Appellant.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:07-cr-00009-gec)

---

Submitted:  March 31, 2008              Decided:  May 28, 2008

---

Before MICHAEL and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry W. Shelton, Federal Public Defender, Randy V. Cargill,
Assistant Federal Public Defender, Roanoke, Virginia, for
Appellant.  John L. Brownlee, United States Attorney, Jean B.
Hudson, Assistant United States Attorney, Charlottesville,
Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Liptak appeals the district court's order modifying the terms of his supervised release to include a requirement that he participate in a sex offender assessment and treatment deemed necessary as a result of the assessment. A district court's imposition of special conditions of supervised release is reviewed for abuse of discretion. United States v. Dotson, 324 F.3d 256, 259 (4th Cir. 2003). We have reviewed the record and conclude that the decision to modify the terms of Liptak's release was a proper exercise of discretion. Accordingly, we grant the motion for leave to file a supplemental brief and affirm for the reasons stated by the district court. United States v. Liptak, No. 7:07-cr-00009-gec (W.D. Va. June 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED